In the United States District Court
For the Southern District of Georgia
Brunswick Division

FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.
2018 AUG 28 PM 2:10
CLERK
SO. DIST. OF GA.

| | |
|---|---|
| SHAMPOIRE VALENTINO ORANGE,<br><br>Plaintiff,<br><br>v.<br><br>SERGEANT ANTONIO JONES;<br>SERGEANT ERIC ROZIER; COLONEL<br>JUDY LOWE; and GLYNN COUNTY<br>DETENTION CENTER,<br><br>Defendants. | CIVIL ACTION NO.: 2:18-cv-36 |

**ORDER**

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, dkt. no. 5, to which Plaintiff failed to file Objections. Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. The Court **DISMISSES** Plaintiff's Complaint, **DIRECTS** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of dismissal, and **DENIES** Plaintiff *in forma pauperis* status on appeal.

**SO ORDERED**, this 28 day of August, 2018.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)